## Moodz Hair & Nail Salon

| Barb 04/26/19 | This Pay Period: | Year to Date: |
|---|---|---|
| Services: | $1,157.20 | $ 1,970.65 |
| Vaction/Bonus: | $ - | $ - |
| Retail: | $ 6.51 | $ 6.51 |
| Tips: | $ 20.00 | $ 39.00 |
| Gross: | $1,183.71 | $ 2,016.16 |
| Gross (-) Tips: | $1,163.71 | $ 1,977.16 |
| Fed. Inc. Tax | 118.00 | 193.00 |
| FICA: | 73.39 | 125.00 |
| Medicare: | 17.16 | 29.23 |
| State Inc.Tx: | 36.34 | 61.90 |
| Local Inc. Tx: | 16.57 | 28.23 |
| St. Un. Tax | 0.71 | 1.21 |
| Misc: | 2.00 | 4.00 |
| Total Ded: | $ 264.18 | $ 442.57 |
| Net Pay: | $ 899.53 | $ 1,534.59 |

## Moodz Hair & Nail Salon

| Barb 02/23/19 | This Pay Period: | Year to Date: |
|---|---|---|
| Services: | $ 503.25 | $ 3,628.35 |
| Vaction/Bonus: | $ 512.00 | $ 512.00 |
| Retail: | $ 0.63 | $ 9.93 |
| Tips: | $ 13.50 | $ 73.50 |
| Gross: | $1,029.38 | $ 4,223.78 |
| Gross (-) Tips: | $1,015.88 | $ 4,150.28 |
| Fed. Inc. Tax | 99.00 | 408.00 |
| FICA: | 63.82 | 261.87 |
| Medicare: | 14.93 | 61.24 |
| State Inc.Tx: | 31.60 | 129.67 |
| Local Inc. Tx: | 14.41 | 59.13 |
| St. Un. Tax | 0.62 | 2.53 |
| Misc: | 2.00 | 8.00 |
| Total Ded: | $ 226.38 | $ 930.46 |
| Net Pay: | $ 789.50 | $ 3,219.82 |

## Moodz Hair & Nail Salon

| Barb 02/09/19 | This Pay Period: | Year to Date: |
|---|---|---|
| Services: | $1,154.45 | $ 3,125.10 |
| Vaction/Bonus: | $ - | $ - |
| Retail: | $ 2.79 | $ 9.30 |
| Tips: | $ 21.00 | $ 60.00 |
| Gross: | $1,178.24 | $ 3,194.40 |
| Gross (-) Tips: | $1,157.24 | $ 3,134.40 |
| Fed. Inc. Tax | 116.00 | 309.00 |
| FICA: | 73.05 | 198.05 |
| Medicare: | 17.08 | 46.32 |
| State Inc.Tx: | 36.17 | 98.07 |
| Local Inc. Tx: | 16.50 | 44.72 |
| St. Un. Tax | 0.71 | 1.92 |
| Misc: | 2.00 | 6.00 |
| Total Ded: | $ 261.51 | $ 704.08 |
| Net Pay: | $ 895.73 | $ 2,430.32 |

## Moodz Hair & Nail Salon

| Barb 03/09/19 | This Pay Period: | Year to Date: |
|---|---|---|
| Services: | $1,114.85 | $ 4,743.20 |
| Vaction/Bonus: | $ - | $ 512.00 |
| Retail: | $ 2.20 | $ 12.12 |
| Tips: | $ 24.00 | $ 97.50 |
| Gross: | $1,141.05 | $ 5,364.82 |
| Gross (-) Tips: | $1,117.05 | $ 5,267.32 |
| Fed. Inc. Tax | 150.00 | 558.00 |
| FICA: | 70.74 | 332.62 |
| Medicare: | 16.55 | 77.79 |
| State Inc.Tx: | 35.03 | 164.70 |
| Local Inc. Tx: | 15.97 | 75.11 |
| St. Un. Tax | 0.68 | 3.22 |
| Misc: | 2.00 | 10.00 |
| Total Ded: | $ 290.98 | $ 1,221.44 |
| Net Pay: | $ 826.07 | $ 4,045.88 |

## Moodz Hair & Nail Salon

| Barb 03/23/19 | This Pay Period: | Year to Date: |
|---|---|---|
| Services: | $ 845.90 | $ 5,589.10 |
| Vaction/Bonus: | $ - | $ 512.00 |
| Retail: | $ - | $ 12.12 |
| Tips: | $ 18.00 | $ 115.50 |
| Gross: | $ 863.90 | $ 6,228.72 |
| Gross (-) Tips: | $ 845.90 | $ 6,113.22 |
| Fed. Inc. Tax | 80.00 | 638.00 |
| FICA: | 53.56 | 386.18 |
| Medicare: | 12.53 | 90.32 |
| State Inc.Tx: | 26.52 | 191.22 |
| Local Inc. Tx: | 12.09 | 87.20 |
| St. Un. Tax | 0.52 | 3.74 |
| Misc: | 2.00 | 12.00 |
| Total Ded: | $ 187.22 | $ 1,408.66 |
| Net Pay: | $ 658.68 | $ 4,704.56 |