Certificate Number: 06531-PAM-DE-032779485

Bankruptcy Case Number: 19-01607


06531-PAM-DE-032779485

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 6, 2019</u>, at <u>8:46</u> o'clock <u>PM CDT</u>, <u>Barbara A Neiman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 6, 2019</u>  By: <u>/s/Laura Stevens</u>

Name: <u>Laura Stevens</u>

Title: <u>Credit Counselor</u>