```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 19-01607-HWV
Barbara A. Neiman                                              Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh          Page 1 of 2          Date Rcvd: May 28, 2019
                              Form ID: ntcnfhrg      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
```
db             +Barbara A. Neiman,    371 Kunkle Mill Rd.,    Dover, PA 17315-1925
5186927       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886)
5186928        +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5186942        +Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5186929        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5186930        +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
5186931        +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
5196165        +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
5186937        +OIP,    3399 Trindle Road,    Camp Hill, PA 17011-2286
5186944        +Office of Attorney General,    Financial Enforcement,    Section, Stra,
                 Harrisburg, PA 17120-0001
5186945        +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5186947         United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
5186941         Wellspan Health,    PO Vox 742688,    Cincinnati, OH 45274-2688
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2019 19:21:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5186932        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2019 19:20:25      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5186933        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2019 19:20:25      Comenity Bank/Roamans,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5186934         E-mail/Text: mrdiscen@discover.com May 28 2019 19:20:08      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5188768         E-mail/Text: mrdiscen@discover.com May 28 2019 19:20:08      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5186943         E-mail/Text: cio.bncmail@irs.gov May 28 2019 19:20:16      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5186935        +E-mail/Text: bncnotices@becket-lee.com May 28 2019 19:20:12      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5186936         E-mail/Text: camanagement@mtb.com May 28 2019 19:20:20      M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
5186946         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2019 19:20:31      PA Department of Revenue,
                 Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5186938        +E-mail/Text: recovery@paypal.com May 28 2019 19:20:06      PayPal,    Attn: Bankruptcy,
                 2211 North First Street,    San Jose, CA 95131-2021
5187818         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2019 19:20:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5187469        +E-mail/PDF: gecsedi@recoverycorp.com May 28 2019 19:21:19      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5186939        +E-mail/PDF: gecsedi@recoverycorp.com May 28 2019 19:21:20      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5186940        +E-mail/PDF: gecsedi@recoverycorp.com May 28 2019 19:21:19      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Barbara A. Neiman jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barbara A. Neiman,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–01607–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 10, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 28, 2019 |

ntcnfhrg (03/18)