<u>**LOCAL BANKRUPTCY FORM 9037-1**</u>  Rev 08/04/22

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Barbara Neiman

CHAPTER 13

CASE NO. 19-01607

Claim #5

*Debtor(s)*

FILED '23 JAN 18 AM10:40
CLERK, US COURT, PAMB

**APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION**

Sarah Sepulveda Rios hereby states that the following document(s) contain personally identifiable information as defined in Fed. R. Bankr. P. 9037 and requests that these document(s) be redacted pursuant to Local Rule 9037-1:

1-17-23 Notice of Mortgage Payment Change Statement Acct. Numbers.

[specifically describe the document(s) you are seeking to redact, indicating the docket number. For example, Claim Docket. No. 32, Exhibit A to Certification in Support of Motion for Relief from the Automatic Stay]. #5 for M&T Bank

I am [check appropriate box]:
☐ including the redaction fee.

☐ requesting waiver of the redaction fee on the grounds that

※ please Bill payer Account.

[Specify the reason(s) you believe you should not have to pay the redaction fee. For example, "I am the debtor and am seeking to redact personal identifiers from records that were filed by a creditor in the case."]

I understand that I must serve a copy of this application on the debtor, any individual whose personal identifiers have been exposed, the case trustee (if any), and the United States trustee. I must file proof of service of this application with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1-17-2023

Sarah Sepulveda Rios
Signature of Applicant