M&T BANK
475 Crosspoint Pkwy,
Getzville, NY 14068

UNITED STATES
BANKRUPTCY COURT
FOR THE 19-01607 Middle
District Pennsylvania
(Harrisburg)

**NOTICE OF WITHDRAWAL**

In re: BARBARA A NEIMAN

CHAPTER 13
CASE NUMBER: 19-01607
TO: Clerk of the Court

Please withdraw the second Notice of Mortgage Payment Change filed on 1/17/2024 under the name Brett D Jacoby CS# 23-00574 for claim #5. This notice was filed in error on behalf of Manufacturers and Traders Trust Company.

DATED: 01-17-2024

Manufacturers and Traders Trust Company

/s/ Sarah Sepulveda Rios